IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

    v.

**CURTIS L. WATERS**,

    Defendant.

No. 3:07-cr-00014-MO

**OPINION AND ORDER**

    **MOSMAN, J.**,

    On March 20, 2012, plaintiff filed a Motion for Order Reinstating Federal Benefits [57] pursuant to 21 U.S.C. §862(c). The Government responded [60] indicating that it has no objection to the suspension of defendant's period of ineligibility for federal benefits, opining that Mr. Waters has satisfied the requirements of 21 U.S.C. §862(c). I agree.

1 – OPINION AND ORDER

## CONCLUSION

For the foregoing reasons, I GRANT plaintiff's Motion for Order Reinstating Federal Benefits [57]. Defendant's period of ineligibility for Federal Benefits is suspended.

IT IS SO ORDERED.

DATED this   5th   day of April, 2012.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

2 – OPINION AND ORDER